■ The People of the State of New York, Respondent, v Miguel Novel, Appellant. [827 NYS2d 678]—Judgment, Supreme Court, New York County (A. Kirke Bartley, J., at plea; Laura A. Ward, J., at sentence), rendered on or about February 4, 2004, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Williams, McGuire and Malone, JJ.